IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| C.S., a minor, by and through his parents N.S. and M.S.,<br><br>        Plaintiff,<br><br>  v.<br><br>SAN RAMON VALLEY UNIFIED SCHOOL DISTRICT; CONTRA COSTA COUNTY OFFICE OF EDUCATION; CONTRA COSTA COUNTY SPECIAL EDUCATION LOCAL PLAN AREA; CALIFORNIA DEPARTMENT OF EDUCATION; CALIFORNIA OFFICE OF ADMINISTRATIVE HEARINGS; and BOB STEWART,<br><br>        Defendants.<br>_____/ | No. C 06-02166 WHA<br><br>**ORDER TO SHOW CAUSE** |

     Plaintiff C.S. is **ORDERED TO SHOW CAUSE** why the motions to strike and to dismiss should not be granted for failure to oppose them. The response to the order will be received orally at the hearing set for 8 a.m., Thursday, May 25, 2006.

     **IT IS SO ORDERED.**

Dated: May 15, 2006

                                        WILLIAM ALSUP<br>                                        UNITED STATES DISTRICT JUDGE