**United States District Court**
For the Northern District of California

1

2

3

4

5

6                    IN THE UNITED STATES DISTRICT COURT

7

8                    FOR THE NORTHERN DISTRICT OF CALIFORNIA

9

10   C.S., a minor, by and through his parents N.S.         No. C 06-02166 WHA
     and M.S.,
11

12             Plaintiff,
                                                            **ORDER RE BRIEFING ON
13     v.                                                   MOTION TO DISMISS AND ON
                                                            ATTORNEY'S FEES**
14   SAN RAMON VALLEY UNIFIED SCHOOL
     DISTRICT; CONTRA COSTA COUNTY
15   OFFICE OF EDUCATION; CONTRA
     COSTA COUNTY SPECIAL EDUCATION
16   LOCAL PLAN AREA; CALIFORNIA
     DEPARTMENT OF EDUCATION;
17   CALIFORNIA OFFICE OF
     ADMINISTRATIVE HEARINGS; and BOB
18   STEWART,

19             Defendants.
                                                  /
20

21          In this action alleging failure to provide special-education services, plaintiff C.S. failed

22   to oppose the motion to dismiss or to file a statement of non-opposition.  At the hearing,

23   however, plaintiff's counsel stated that plaintiff opposes the motion.  Counsel claimed that he

24   did not think he needed to file an opposition or statement of non-opposition because he had

25   notified the Court and defendants that he intended to file an amended complaint.  He filed an

26   amended complaint two days before the hearing.

27          Plaintiff had an obligation to file an opposition or to file a statement of non-opposition.

28   He failed to satisfy that obligation.  As a sanction, plaintiff is **ORDERED TO PAY $900** to

     counsel for defendants San Ramon Valley Unified School District, Bob Stewart, Contra Costa

1    County Special Education Local Plan Area and Contra Costa County, to be applied to those

2    defendants' legal bills.  Those are the defendants that filed the motion to dismiss.

3          Those defendants **MUST FILE AN AMENDED MEMORANDUM OF POINTS AND**

4    **AUTHORITIES** on the motion to dismiss **BY NOON, TUESDAY, JUNE 6, 2006**.  The **OPPOSITION**

5    **IS DUE BY NOON, TUESDAY, JUNE 13, 2006**.  The reply is due **BY NOON, TUESDAY, JUNE 20,**

6    **2006**.

7

8          **IT IS SO ORDERED.**

9

10   Dated: May 30, 2006

     WILLIAM ALSUP
11   UNITED STATES DISTRICT JUDGE

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2