United States District Court
For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

C.S.,                                                            No. C 06-02166 WHA

             Plaintiff,

   v.                                               **ORDER CONTINUING CASE
                                                    MANAGEMENT CONFERENCE
SAN RAMON VALLEY UNIFIED SCHOOL                     AND RELATED DEADLINES**
DISTRICT, et al.,

             Defendants.
_____/

        The Court hereby **CONTINUES** the case management conference, currently set for

June 29, 2006, to **AUGUST 3, 2006, AT 11:00 A.M.**  All related initial deadlines are extended

accordingly.  Please file a joint case management statement no later than July 27, 2006.

        **PLEASE NOTE THERE WILL NOT BE ANY FURTHER CONTINUANCES.**


        **IT IS SO ORDERED.**


Dated:  June 19, 2006.

                                              _____
                                              WILLIAM ALSUP
                                              UNITED STATES DISTRICT JUDGE