IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| C.S., a minor, by and through his parents N.S. and M.S., <br><br>    Plaintiff, <br><br>  v. <br><br>SAN RAMON VALLEY UNIFIED SCHOOL DISTRICT, CONTRA COSTA COUNTY OFFICE OF EDUCATION, CONTRA COSTA COUNTY SPECIAL EDUCATION LOCAL PLAN AREA, STATE OF CALIFORNIA DEPARTMENT OF EDUCATION in its supervisory capacity, the CALIFORNIA ADMINISTRATIVE HEARINGS, and BOB STEWART, in his individual capacity, <br><br>    Defendants. <br>_____ / | No. C 06-02166 WHA <br><br>**ORDER RE ADMINISTRATIVE- RECORD ISSUE** |

    With respect to the issue posed in the letter dated August 18, 2006, appended hereto, the following procedure will be used. By **OCTOBER 6, 2006**, defendants shall certify under oath the full "administrative record." The declaration shall state what is and is not in the full "administrative record" and the manner and guidelines by which it was compiled. Since it is voluminous, do not file it with the Court but it must be served on plaintiff's counsel (or alternatively, if the pages have been previously provided and Bates numbered, the declaration may identify the full administrative record by Bates numbers). Based thereon, defendants must file by **OCTOBER 19, 2006**, any motion to dismiss or for summary judgment, to be heard on a

35-day track. This will tee-up the issue of whether the action may be decided based on the administrative record. Plaintiff is free to oppose the motion based upon a need for further discovery. This procedure is without prejudice to discovery proceeding in parallel.

If any party disagrees with this procedure, please file an objection by **FRIDAY, SEPTEMBER 29, 2006, AT NOON**.

The motions should excerpt the portions of the record needed for the motions but do *not* file the entire voluminous record.

In the future, please follow the supplemental order and *e-file* all submissions to the Court.

**IT IS SO ORDERED.**

Dated: September 27, 2006.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE