IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| C.S., a minor, by and through his parents N.S. and M.S.,<br><br>    Plaintiff,<br><br>  v.<br><br>SAN RAMON VALLEY UNIFIED SCHOOL DISTRICT, CONTRA COSTA COUNTY OFFICE OF EDUCATION, CONTRA COSTA COUNTY SPECIAL EDUCATION LOCAL PLAN AREA, STATE OF CALIFORNIA DEPARTMENT OF EDUCATION in its supervisory capacity, the CALIFORNIA ADMINISTRATIVE HEARINGS, and BOB STEWART, in his individual capacity,<br><br>    Defendants.<br>                                                       / | No. C 06-02166 WHA<br><br>**ORDER RE REQUEST FOR CLARIFICATION OF SEPTEMBER 27, 2006 ORDER** |

    The September 27 order supercedes the case management order insofar as it rescheduled deadlines for any dispositive motions. As stated in the September 27 order, defendants must file any motion to dismiss or for summary judgment by **OCTOBER 19, 2006.**

    **IT IS SO ORDERED.**

Dated: October 2, 2006

                                                                    WILLIAM ALSUP
                                                                    UNITED STATES DISTRICT JUDGE