IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| C.S., a minor, by and through his parents N.S. and M.S.,<br><br>    Plaintiff,<br><br>  v.<br><br>SAN RAMON VALLEY UNIFIED SCHOOL DISTRICT, CONTRA COSTA COUNTY OFFICE OF EDUCATION, CONTRA COSTA COUNTY SPECIAL EDUCATION LOCAL PLAN AREA, STATE OF CALIFORNIA DEPARTMENT OF EDUCATION in its supervisory capacity, the CALIFORNIA ADMINISTRATIVE HEARINGS, and BOB STEWART, in his individual capacity,<br><br>    Defendants.<br>                                                             / | No. C 06-02166 WHA<br><br>**ORDER RE OBJECTION TO CLARIFIED ORDER** |

Any initial motion to dismiss or for summary judgment based *solely* on the administrative record must be filed by **OCTOBER 19, 2006.** Other dispositive motions based on evidence outside the administrative record must be filed by **FEBRUARY 15, 2007**, as per the case-management order.

**IT IS SO ORDERED.**

Dated: October 3, 2006

_____
WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE