MARSHA A. BEDWELL, State Bar No. 094860
General Counsel
mbedwell@cde.ca.gov
AMY BISSON HOLLOWAY, State Bar No. 163731
Assistant General Counsel
aholloway@cde.ca.gov
GREGORY J. ROUSSEVE, State Bar No. 084262
Deputy General Counsel
groussev@cde.ca.gov
California Department of Education
1430 N Street, Room 5319
Sacramento, CA 95814
Telephone: (916) 319-0860
Facsimile: (916) 319-0155

Attorneys for Defendant CDE
*(Defendant is a Public Entity and Exempt From Filing Fees Pursuant to Gov. Code § 6103)*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| C.S., a minor, by and through her parents, N.S. and M.S., and N.S. and M.S. individually,<br><br>Plaintiff,<br><br>v.<br><br>STATE OF CALIFORNIA DEPARTMENT OF EDUCATION in its supervisory capacity, and the CALIFORNIA OFFICE OF ADMINISTRATIVE HEARINGS,<br><br>Defendants. | Case No.C06-02166 WHA<br><br>[~~PROPOSED~~] ORDER ALLOWING DOCUMENT TO BE FILED UNDER SEAL |

IT IS ORDERED the Compromise and Release Agreement entered into between plaintiff and San Ramon Valley Unified School District, Contra Costa County Office of Education and Contra Costa SELPA in July 2006, be filed under seal in compliance with Local Rule 79-5.

Dated: 10/10/2006

_____
Honorable William H. Alsup
United States District Court Judge, Northern District

Case No.C06-02166 WHA    1    [~~Proposed~~] Order Allowing Document to be filed Under Seal