BILL LOCKYER
Attorney General of the State of California
STACY BOULWARE EURIE
Senior Assistant Attorney General
CATHERINE M. VAN AKEN
Supervising Deputy Attorney General
PETER M. WILLIAMS, State Bar No. 180533
Deputy Attorney General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone: (916) 323-8405
 Fax: (916) 324-5567
 Email: Peter.Williams@doj.ca.gov

Attorneys for California Office of Administrative Hearings

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **C.S., A Minor, by and through is parents N.S. and M.S., and N.S. and M.S., individually,**<br><br>Plaintiffs,<br><br>v.<br><br>**STATE OF CALIFORNIA DEPARTMENT OF EDUCATION, in its supervisory capacity, the CALIFORNIA OFFICE OF ADMINISTRATIVE HEARINGS,**<br><br>Defendants. | Case No. CV-06-2166 WHA<br><br>**STIPULATION FOR HEARING ON MOTION TO DISMISS TO BE HEARD ON NOVEMBER 16, 2006, AND [PROPOSED] ORDER THEREON**<br><br>Courtroom: 9<br>Judge: The Honorable William Alsup |

On October 27, 2006, the Court *sua sponte* rescheduled the hearing date for the defendants' motions to dismiss. The motions were previously to be heard on November 2, 2006. The Court changed that date to November 9, 2006. However, counsel for defendant California Office of Administrative Hearings (OAH) has another hearing set for a motion to dismiss in the San Jose branch of the Northern District of California (Case no. C 06 4694 JF) at 9:00 a.m. on the same

/ / /

/ / /

Stipulation and Order Thereon    C.S., A Minor, et al., v. State of California Department of Education, et al.
CV-06-2166 WHA

1

day. Therefore, the undersigned hereby agree that, if acceptable to the Court, the hearing will be held on **November 16, 2006**, at 8:00 a.m.

IT IS SO STIPULATED:

Date: October 27, 2006 /s/Tamara Loughrey/
TAMARA L. LOUGHREY
Attorney for Plaintiff

Date: October 27, 2006 /s/ Peter M. Williams
PETER M. WILLIAMS
Deputy Attorney General
Attorney For California Office of
Administrative Hearings

Date: October 27, 2006 /s/ Gregory J. Rousseve
GREGORY J. ROUSSEVE
Deputy General Counsel CDE
Attorney for California Department
Of Education

## **ORDER**

Having read the above stipulation, and finding good cause therein, the Court orders that the hearing date for the defendants' motions to dismiss will be held on **November 16, 2006**, at 8:00a.m. in Courtroom 9 of the above-captioned court.

Date: October 30, 2006

IT IS SO ORDERED
Judge William Alsup

The Honorable William Alsup

Stipulation and Order Thereon    C.S., A Minor, et al., v. State of California Department of Education, et al.
CV-06-2166 WHA

2