IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| C.S., a minor, by and through his parents N.S. and M.S., | No. C 06-02166 WHA |
| Plaintiff, | **REQUEST RE HEARING** |
| v. | |
| STATE OF CALIFORNIA DEPARTMENT OF EDUCATION, in its supervisory capacity, the CALIFORNIA OFFICE OF ADMINISTRATIVE HEARINGS, | |
| Defendants. | |

At the hearing on November 16, the parties should be prepared to discuss whether the Court may take judicial notice of the Compromise and Release Agreement, which was filed under seal on October 2, 2006.

**IT IS SO ORDERED.**

Dated: November 13, 2006

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE